UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GIUSEPPE NOCERA,

    Plaintiff,

v.

Case No.: 3:14-cv-81-J-39JRK

VISION FINANCIAL COLLECTION
SERVICES CORP.,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Giuseppe Nocera, by and through the undersigned counsel, and on his behalf, hereby files this Complaint against Defendant, Vision Financial Collection Services Corp., and alleges as follows:

1. This is an action for damages for violations of the Fair Debt Collection Practices Act (hereinafter, the "FDCPA"), 15 U.S.C. § 1692, *et seq.*

2. The FDCPA was enacted "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

## PARTIES

3. Plaintiff is an individual residing in Brevard County, Florida.

4. Plaintiff is a "consumer" within the meaning of Section 803 of the FDCPA in that the alleged debt that the Defendant sought to collect from her was originally incurred, if at all, for personal, family or household purposes and is therefore consumer debt within the meaning of 15 U.S.C. § 1692a(5).

5.   Defendant is a Foreign Corporation authorized to, and is conducting business in the State of Florida.

6.   Defendant is engaged in the business of collecting or attempting to collect, directly or indirectly, debts owed or due or asserted to be owed or due another as one of its principal areas of business. As such, Defendant is a "debt collector" within the meaning of the FDCPA.

## JURISDICTION AND VENUE

7.   This court has federal question jurisdiction pursuant to 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1331, since the claims alleged against the Defendant arose under the FDCPA.

8.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial portion of the acts giving rise to this action occurred in this District.

## STATEMENT OF FACTS

9.   On June 7, 2013, the Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, a letter attempting to collect a debt incurred by Plaintiff for primarily personal, family or household purposes (hereinafter the "Debt Validation Notice I"). A copy of the Debt Validation Notice I is attached hereto as **Exhibit A**.

10.   The Debt Validation Notice I identifies the creditor as "LVNV Funding LLC", the Account Balance as "$3,728.10", and the Defendant's account number as "63172000550815."

11.   The Debt Validation Notice I goes on to state that LVNV Funding LLC has purchased the account and makes an offer of $1,118.43 to resolve the debt. The Debt Validation Notice I then states "[n]othing in this offer should be considered to impact your right to request validation or dispute the debt as described more fully below."

12.   At the very bottom, the Debt Validation Notice I provides "[u]nless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, we will assume this debt to be valid. If you notify this office in writing within 30

days from receiving this notice that you are disputing either the entire debt of a portion thereof, this office will: obtain written verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor."

13. On July 25, 2013, Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, a second debt collection letter attempting to collect the same debt as the Debt Validation Notice I (hereinafter the "Debt Validation Notice II"). A copy of the Debt Validation Notice II is attached hereto as **Exhibit B**.

14. The Debt Validation Notice II identifies the same creditor, the same account balance, and the same account number. Additionally, the Debt Validation Notice II makes the very same settlement offer in the amount of $1,118.43 and similarly provides that "[n]othing in this offer should be considered to impact your right to request validation or dispute the debt as described more fully below."

15. Just as the Debt Validation Notice I does, the Debt Validation Notice II provides the very same debt validation rights as stated above in paragraph 12 of this Complaint.

16. Defendant's above-referenced letters constitute misleading, confusing and deceptive means by which Defendant attempted to collect the subject debt from Plaintiff. In particular, an unsophisticated consumer would not know whether his 30 day rights referenced in the letters expires 30 days from June 7, 2013 or 30 days from July 25, 2013. The Defendant failed to provide the Plaintiff with any communication explaining the discrepancy.

## COUNT I
### Violations of FDCPA

17. Each and every allegation contained in paragraphs 1 through 16 of this Complaint is repeated, realleged and incorporated herein by reference.

18. The acts and practices complained of in this Complaint constitute a violation of (a) 15 U.S.C. §1692e(10); (b) 15 U.S.C. § 1692e; and (c) 15 U.S.C. § 1692g.

19. By virtue of the foregoing, the Plaintiff is entitled to recover damages as prayed for herein.

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor for:

i. The maximum amount of statutory damages pursuant to 15 U.S.C. § 1692k;

ii. Attorneys' fees, litigation expenses and costs pursuant to 15 U.S.C. § 1692k(a)(3); and

iii. For such other and further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff demands a jury trial for all issues so triable.

Respectfully submitted by:

/s/ Paul R. Fowkes
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
pfowkes@DFHlawfirm.com
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 044119
rhasanbasic@DFHlawfirm.com
**DISPARTI FOWKES & HASANBASIC, P.A.**
2203 North Lois Avenue, Suite 830
Tampa, Florida 33607
(813) 221-0500
(813) 228-7077 (Facsimile)

TRK224456

PO Box 460260
St. Louis MO 63146-7260
ELECTRONIC SERVICE REQUESTED

Vision
Financial Collection Services Corp.
A National Debt Collection Agency
877-318-6910
Monday - Friday 8am to 5pm CST
Saturday - 9am to 1pm CST

June 7, 2013

| Creditor: | LVNV Funding LLC |
|---|---|
| Account Balance: | $3,728.10 |
| Settlement: | $1,118.43 |
| Account #: | 63172000550815 |
| Vision Account #: | TRK224456 |

63172000550815 -369 - 1600
GIUSEPPE NOCERA
1334 Waffle St SE
Palm Bay FL 32909-5009

Dear GIUSEPPE NOCERA:

LVNV Funding LLC has purchased your account and all rights to the debt receivable from BENEFICIAL COMPANY LLC. There is an outstanding balance due of $3,728.10 which has been listed for collection with Vision Financial Corp.

LVNV Funding LLC has authorized Vision Financial Corp. to communicate to you an offer that will allow you to resolve the outstanding debt at this time.

LVNV Funding LLC will accept $1,118.43 to resolve this debt. You may take advantage of this offer by contacting us at 877-318-6910. Once payment is processed and applied to the account, the account will be considered Settled in Full. You will be released from any further financial liability to LVNV Funding LLC concerning repayment of this account.

You may also take advantage of this offer online at www.paybalance.com and your account will be properly credited.

Nothing in this offer should be considered to impact your right to request validation or dispute the debt as described more fully below.

Sincerely,

Marie Pane
Credit Manager

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Calls to and from this company may be monitored and recorded for quality assurance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice *that you are disputing either the entire debt or a portion thereof*, this office will : obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

TRK224456

PO Box 460260
St. Louis MO 63146-7260
ELECTRONIC SERVICE REQUESTED

**Vision**
A National Debt Collection Agency
Financial Collection Services Corp.
877-318-6910
Monday - Friday 8am to 8pm CST

July 25, 2013

63172000550815 -369 - 2250
GIUSEPPE NOCERA
1334 Waffle St SE
Palm Bay FL 32909-5009

| Creditor: | LVNV Funding LLC |
|---|---|
| Account Balance: | $3,728.10 |
| Settlement: | $1,118.43 |
| Account #: | 63172000550815 |
| Vision Account #: | TRK224456 |

Dear GIUSEPPE NOCERA:

LVNV Funding LLC has purchased your account and all rights to the debt receivable from BENEFICIAL COMPANY LLC. There is an outstanding balance due of $3,728.10 which has been listed for collection with Vision Financial Corp.

LVNV Funding LLC has authorized Vision Financial Corp. to communicate to you an offer that will allow you to resolve the outstanding debt at this time.

LVNV Funding LLC will accept $1,118.43 to resolve this debt. You may take advantage of this offer by contacting us at 877-318-6910. Once payment is processed and applied to the account, the account will be considered Settled in Full. You will be released from any further financial liability to LVNV Funding LLC concerning repayment of this account.

You may also take advantage of this offer online at www.paybalance.com and your account will be properly credited.

Nothing in this offer should be considered to impact your right to request validation or dispute the debt as described more fully below.

Sincerely,

Marie Pane
Credit Manager

*This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Calls to and from this company may be monitored and recorded for quality assurance.*

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days from receiving this notice *that you are disputing either the entire debt or a portion thereof*, this office will : obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

**SEE REVERSE SIDE FOR IMPORTANT STATE AND FEDERAL INFORMATION**

*** PLEASE DETACH HERE AND RETURN BOTTOM STUB WITH PAYMENT IN ENCLOSED ENVELOPE. ***

GIUSEPPE NOCERA
1334 Waffle St SE
Palm Bay FL 32909-5009

| Creditor: | LVNV Funding LLC |
|---|---|
| Account Balance: | $3,728.10 |
| Settlement: | $1,118.43 |
| Account #: | 63172000550815 |
| Vision Account #: | TRK224456 |

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

VISA

| CARD NUMBER | | EXP. DATE |
| CARD HOLDER NAME | | CVV* |
| SIGNATURE | | AMOUNT PAID |

ALL CREDIT CARD PAYMENTS MUST INCLUDE CVV
*CVV - 3 DIGIT SECURITY CODE SIGNATURE AREA ON BACK OF CREDIT CARD

Vision Financial Collection Services Corp.
PO Box 460260
St. Louis MO 63146-7260
877-318-6910